IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON A. LASHARE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION 1:21-00473-KD-B |
| SANDY COOLY, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 16, 2022, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Plaintiff's motion to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED** without prejudice, prior to service of process, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute and failure to obey the Court's orders.

**DONE** and **ORDERED** this the **22nd** day of **March 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**